UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CLINTON CARRAWAY
        Plaintiff(s)
    v.                                **Judgment in a Civil Case**
THEODIS BECK; PAULA SMITH; TRAVIS OUTLAW;
RENOICE STANCIL; MICHAEL D. MURPHY;
EURGIA LAND; DAVID HINDS; MORTIMER
JAGUST; PAULA BARNETTE; LINDA BRODGEN;
LINDA SHANTON; DEBRA CHESTNUTT; MILDRED
MOORE; DEBORAH WALLACE; JENNIFER
CHAMBERS; MIRIAM WORLEY; AMANDA
TURNER; KITANI WILSON; EVELYN CANNON;
SHEILA CORBETT; CHERRIE SMITH; JANINE
HOLLOMAN; BARBARA CLAYBORNE; SHARON
RIDDICK; PHILIP STOVER; ABHAY AGARWAL;
UTILIZATION REVIEW BOARD; NORTH CAROLINA
DEPARTMENT OF CORRECTION
        Defendant(s)              Case Number: 509-CT-3189-WW

**Decision by Court.**

This action came before the Honorable William A. Webb , United States Magistrate Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants Outlaw, Stancil, Smith, Morley and Corbett having been voluntarily dismissed without prejudice, the remaining defendants' motions to dismiss are granted and this action is hereby dismissed.

This Judgment Filed and Entered on September 8, 2010, with service on:
W. Stacy Miller, II (via CM/ECF Notice of Electronic Filing)
J. Phillip Allen (via CM/ECF Notice of Electronic Filing)
Hilary Peterson (via CM/ECF Notice of Electronic Filing)
Oliver G. Wheeler (via CM/ECF Notice of Electronic Filing)
Elizabeth P. McCullough (via CM/ECF Notice of Electronic Filing)
Kelly E. Street (via CM/ECF Notice of Electronic Filing)

  September 8, 2010                                 /s/ Dennis P. Iavarone
                                                                   Clerk

  Raleigh, North Carolina